UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

IN THE MATTER OF
ALEX CHARTS d/b/a
ALEX CHARTS AGENCY, INC., and
HELENA CHARTS,
    Debtors.

:
:
:
:
:
:
:

2003 OCT 21  P 5: 31

Bankruptcy Case 3:02CV1647(CFD) COURT
HARTFORD CT

## ORDER

On June 15, 2001, in the case of <u>Charts v. Nationwide, et al.</u>, 97cv1621, the Second

Circuit issued a Summary Order [Doc. # 110] directing this Court to join this bankruptcy estate as

a party to the <u>Charts v. Nationwide, et al.</u> civil action.  The Order also recommended that

"withdrawal of the [bankruptcy] reference would seem to be the most practical and expeditious

way of handling the matter."  Accordingly, on July 12, 2002, this Court entered an Order

directing the Bankruptcy Court to re-open this bankruptcy case and appoint a trustee.  The Order

further directed that once the trustee had been appointed, the Court would withdrew the reference

and order the trustee to file an appearance in <u>Charts v. Nationwide, et al.</u>, 97cv1621.

The matters involving the bankruptcy estate have now been resolved, and there is no need

for further participation by the trustee in accordance with the Second Circuit's Summary Order.

Accordingly, the clerk is directed to close this case.

SO ORDERED this ___ day of October 2003, at Hartford, Connecticut.

Christopher F. Droney
United States District Judge